IRELL & MANELLA LLP
David Siegel (CA SBN 101355)
dsiegel@irell.com
Charles Elder (CA SBN 186524)
celder@irell.com
Colin Roth (CA SBN 287096)
croth@irell.com
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310-277-1010
Facsimile: 310-203-7199

Attorneys for Defendants
TESLA MOTORS, INC. and ELON MUSK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSS WEINTRAUB, Derivatively on Behalf of Nominal Defendant TESLA MOTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, BRAD W. BUSS, IRA EHRENPREIS, ANTONIO J. GRACIAS, STEVE JURVETSON, HARALD KROEGER, and KIMBAL MUSK,. <br><br> Defendants. <br><br> -and- <br><br> TESLA MOTORS, INC., <br><br> Nominal Defendant | Case No. 5:14-CV-02817-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER STAYING LITIGATION PENDING DISPOSITION OF MOTION TO DISMISS IN A RELATED CASE** <br><br> Ctrm: 6, 17th Floor <br> Judge: Charles R. Breyer |

# STIPULATION

WHEREAS, on November 8, 2013, the case now entitled *In re Tesla Motors, Inc. Securities Litigation*, Case No. 13-cv-5216 (the "Securities Action") was filed in this Court;

WHEREAS, on June 16, 2014, Defendants Tesla Motors, Inc. ("Tesla") and Elon Musk in the case *In re Tesla Motors, Inc. Securities Litigation*, Case No. 13-cv-5216 filed a motion to dismiss the second amended class action complaint in the Securities Action, and a hearing on that motion to dismiss is scheduled for September 26, 2014, before the Honorable Charles R. Breyer;

WHEREAS, on June 18, 2014, plaintiff Ross Weintraub filed a shareholder derivative complaint in this case, *Ross Weintraub, Derivatively on Behalf of Nominal Defendant Tesla Motors, Inc. v. Elon Musk, et al.*, Case No. 5:14-cv-2817 (the "Derivative Action");

WHEREAS, the Securities Action and Derivative Action contain similar factual allegations and certain damages alleged in the Derivative Action arise from the costs incurred by Tesla to litigate and to satisfy any potential judgment that may be entered in Securities Action and to that extent, are dependent on the Court's determination of those claims;

WHEREAS, the parties want to conserve judicial resources and avoid incurring unnecessary costs litigating the Derivative Action during the pendency of the motion to dismiss in the Securities Action;

WHEREAS, both Tesla and plaintiff Weintraub, who has filed the Derivative Action on behalf of Tesla, agree that a stay as described below is in Tesla's best interest;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned action, through their respective counsel, and subject to Court approval, that:

1. All proceedings in this action shall be stayed pending disposition of the motion to dismiss in the Securities Action.

2. All due dates under the Local Rules, Federal Rules of Civil Procedure, and Orders of this Court shall be suspended pending disposition of the motion to dismiss in the Securities Action.

3. All discovery shall be suspended pending disposition of the motion to dismiss in the Securities Action.

4. The stay is without prejudice to any party's right to seek an additional stay or other relief upon disposition of the pending motion to dismiss in the Securities Action.

Dated: August 19, 2014          Respectfully submitted,

                                IRELL & MANELLA LLP


                                By: */s/ Charles Elder*
                                    Charles Elder
                                    Attorneys for Defendants TESLA MOTORS, INC. and ELON MUSK

Dated: August 19, 2014          HYNES KELLER & HERNANDEZ, LLC



                                By: */s/ Beth A. Keller*
                                    Beth A. Keller
                                    Attorneys for Plaintiff ROSS WEINTRAUB

## [Proposed] ORDER

Pursuant to the foregoing stipulation, and good cause having been shown, IT IS SO ORDERED.

Dated this ____ day of _____, 2014

                                _____
                                Hon. Charles R. Breyer
                                United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Charles E. Elder, attest that concurrence in the filing of this document has been obtained from Beth A. Keller.

*/s/ Charles Elder*
Charles Elder