| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
| | David Siegel (CA SBN 101355) |
| 2 | dsiegel@irell.com |
| | Charles Elder (CA SBN 186524) |
| 3 | celder@irell.com |
| | Colin Roth (CA SBN 287096) |
| 4 | croth@irell.com |
| | 1800 Ave. of the Stars |
| 5 | Los Angeles, CA 90067 |
| | Telephone: 310-277-1010 |
| 6 | Facsimile:  310-203-7199 |
| 7 | Attorneys for Defendants |
| | TESLA MOTORS, INC. and ELON MUSK |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROSS WEINTRAUB, Derivatively on Behalf of Nominal Defendant TESLA MOTORS, INC., | Case No. 5:14-CV-02817-CRB |
| Plaintiff, | |
| v. | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |
| ELON MUSK, BRAD W. BUSS, IRA EHRENPREIS, ANTONIO J. GRACIAS, STEVE JURVETSON, HARALD KROEGER, and KIMBAL MUSK,. | **(Civ. L.R. 3-16 & Fed R. Civ. P. 7.1 )** |
| Defendants. | |
| -and- | |
| TESLA MOTORS, INC., | |
| Nominal Defendant | |

1   Pursuant to Civil LR 3-16, the undersigned certifies that as of this date, other than the
2   named parties, there is no such interest to report.
3   Furthermore, pursuant to Federal Rule of Civil Procedure 7.1, Defendants Tesla Motors,
4   Inc. and Elon Musk make the following disclosures:  Defendant Tesla Motors, Inc. has no parent
5   corporation and there is no publicly-held corporation holding 10% or more of Tesla Motors, Inc.
6   stock.

Dated:  August 19, 2014            Respectfully submitted,

IRELL & MANELLA LLP

By:  */s/ Charles Elder*
Charles Elder
Attorneys for Defendants TESLA MOTORS,
INC. and ELON MUSK