Vahn Alexander (167373)
**THE ALEXANDER FIRM P.C.**
**A Professional Law Corp.**
1875 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 407-5335
Facsimile: (310) 407-5338
E-mail: info@alexanderfirmpc.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSS WEINTRAUB, Derivatively on Behalf of Nominal Defendant TESLA MOTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, BRAD W. BUSS, IRA EHRENPREIS, ANTONIO J. GRACIAS, STEVE JURVETSON, HARALD KROEGER, and KIMBAL MUSK, <br><br> Defendants, <br><br> -and- <br><br> TESLA MOTORS, INC., <br><br> Nominal Defendant. | Case No. 3:14-CV-02817-CRB <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HARALD KROEGER WITHOUT PREJUDICE** <br><br> Judge: Hon. Charles R. Breyer <br> Ctrm: 6, 17th Floor |

Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, plaintiff Ross Weintraub hereby gives notice of his voluntary dismissal of his claims against Harald Kroeger, without prejudice. Harald Kroeger has neither answered the complaint nor filed a motion for summary judgment in this action.

Dated: September 23, 2014

**THE ALEXANDER FIRM P.C.**
**A Professional Law Corporation**

By: <u>/s/Vahn Alexander</u>
     Vahn Alexander (167373)

1875 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 407-5335
Facsimile: (310) 407-5338
Email: info@alexanderfirmpc.com

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
2 Righter Parkway, Ste. 120
Wilmington, DE 19803
Telephone: (302) 295-5305
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com

**HYNES KELLER & HERNANDEZ, LLC**
Beth A. Keller
100 South Bedford Road, Ste. 340
Mount Kisco, NY 10549
Telephone: (914) 752-3040
Facsimile: (914) 752-3041
Email: bkeller@hkh-lawfirm.com

**LAW OFFICE OF
DEBRA S. GOODMAN P.C.**
Debra Goodman
1301 Skippack Pike
Suite 7A #133
Blue Bell, PA  19422
Telephone: (610) 277-6057
Facsimile: (484) 231-1922
Email: dg@dsgoodmanlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have forwarded a copy of the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

*/s/Vahn Alexander*
Vahn Alexander